MARY B. LOWRY, Respondent, *v.* COLLATERAL LOAN ASSOCIATION, Appellant.

*Lowry* v. *Collateral Loan Association,* 62 App. Div. 617, affirmed.
(Argued October 24, 1902; decided November 11, 1902.)

APPEAL from a judgment entered July 18, 1901, upon an order of the Appellate Division of the Supreme Court in the first judicial department affirming an interlocutory judgment of Special Term overruling a demurrer to the complaint.

*James C. de La Mare* for appellant.

*Henry G. K. Heath* for respondent.

*Per Curiam.* This appeal presents the same questions, arising in the same way and argued at the same time as the case of John Lowry against this defendant. (172 N. Y. 394.) The complaint in each action made out a clear case for relief on the ground of usury, unless the general statute against taking interest at a rate greater than is allowed by law is repealed by implication as to corporations organized under

chapter 326 of the Laws of 1895. We apply the principle of that case to the one now before us and affirm the judgment, with costs, on our opinion in the other action.

PARKER, Ch. J., GRAY, O'BRIEN, BARTLETT, HAIGHT, MARTIN and VANN, JJ., concur.

Judgment affirmed. _____